"original"

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Wayne Allen Beahmn          70513-083

_____          _____

_____          _____

_____          _____

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**          **CIVIL ACTION NO.** 5:10 - 0897

          *(Number to be assigned by Court)*

D. Berkebile, Warden
K. Thompson   HSA

**FILED**

**JUL 13 2010**

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

**I.      Previous Lawsuits**

          A.      Have you begun other lawsuits in state or federal court dealing with the same
                  facts involved in this action or otherwise relating to your imprisonment?

                          Yes _____          No ___X___

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit:

Plaintiffs:  _____ NoNe _____

_____

_____

Defendants:  _____

_____

_____

2.    Court (if federal court, name the district; if state court, name the county);

_____

_____

3.    Docket Number:  _____

4.    Name of judge to whom case was assigned:

_____

5.    Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

_____

_____

6.    Approximate date of filing lawsuit:  _____

7.    Approximate date of disposition:  _____

**II.**   **Place of Present Confinement:** _FCI Beckley - P.O. Box 350 Beaver, WV, 25813_

    A.    Is there a prisoner grievance procedure in this institution?

                    Yes _X_           No _____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

                    Yes _____           No _X_

    C.    If you answer is YES:

        1.    What steps did you take? _____

                  _____

        2.    What was the result? _____

                  _____

    D.    If your answer is NO, explain why not: _My grievance began at FCI Beckley - A Federal Facility._

**III.**   **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: _Wayne Allen Beahm  70513-083_

        Address: _FCI Beckley - P.O. Box 350 - Beaver, WV, 25813_

    B.    Additional Plaintiff(s) and Address(es): _____

        _____

        _____

        _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: _A. Berkebile_

is employed as: _Warden_

at _FCI Beckley P.O. Box 350 Beaver, WV. 25815_

D.   Additional defendants: _____

_K. Thompson  HSA_
_FCI Beckley  P.O. Box 350_
_Beaver,  WV. 25813_

## IV.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am in chronic pain. Had back surgery in 1983 and now have complications in lower back and both legs. My pain is severe and bothers me all the time. My pain management specialist diagnosed me totally disabled and put me on SSI disability. Dr. Rezba prescribed me 80 mg. oxycontin three times daily.  4

**IV. Statement of Claim (continued):**

The medications giving to me here are totally inadequate to relieve my pain.

A medical center like Lexington, Ky. can provide me physical therapy and a pain management plan. I have exhausted the administrative remedies. The institutions delaying tactics are causing me to suffer much.

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A court order to have me transferred immediately so there will be no conflict of intrest.

Lexington Ky. would be my choice of medical care, especially, pain management.

con't.

5

V.    **Relief (continued)):**

The plaintiff seeks compensatory And punitive damages in An Amount to be determined At A Later date, And Attorney's fees. For Any other further relief permitted by LAW And / or awarded by A court of LAW.

VII.    **Counsel**

A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____          No __X__

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _So the Judge CAn mAke A final decision._

C.    Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No __X__

If so, state the lawyer's name and address:

_____

_____

Signed this ___8th___ day of ___July___, 20_10_.

*Wayne Allen Beahm*

_____

*Wayne Allen Beahm*
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7 - 8 - 2010___.
(Date)

*Wayne Allen Beahm*
Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

7

Wayne A. Beahm 70513-083
Federal Correctional Institute-Beckley
P.O. Box 350
Beaver, WV
25813

Legal Mail

Clerk, United States District Court
110 North Heber Street, Room 119
Beckley, WV
25801



QUALITY PARK
9-1/2 x 12-1/2

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
P.O. BOX 1280
BEAVER, WV 25813

DATE 7/9/10

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS